## 16407.   IRVIN v. THE STATE.

LUKE, J.  Henry Irvin was convicted of a misdemeanor.  In his motion
for a new trial he complains:  (a) that the evidence did not authorize
his conviction; (b) that the sentence imposed by the court (eight months
in the chain-gang) was too severe.  The evidence amply authorized the
conviction, and the special ground of the motion for a new trial is
without merit.

> *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

> DECIDED JUNE 9, 1925.

Indictment for breaking pound; from Pike superior court—
Judge Searcy.  March 14, 1925.

*E. F. Dupree,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.

---

## 16410.   COUCH v. THE STATE.

BROYLES, C. J.  Where a motion for a new trial was dismissed at the time
and place set for the hearing, for failure to prosecute the same, a
judgment refusing to reinstate the motion, or a judgment refusing
to grant a rule nisi on a second motion for a new trial (although
this motion was presented to the judge within thirty days of the
date of the verdict and at the same term of court), will not be
reversed, where it appears that the failure to prosecute the first
motion was due solely to the negligence of counsel for the movant.
See, in this connection, *Langford* v. *State,* 30 *Ga. App.* 278 (117 S. E.
659), and citations; *Collins* v. *State,* 30 *Ga. App.* 668 (118 S. E. 761).

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

> DECIDED JUNE 9, 1925.

Motion to reinstate; from Murray superior court—Judge Tarver.
March 11, 1925.

*J. M. Lang, Y. A. Henderson,* for plaintiff in error.

*C. C. Pittman, solicitor-general,* contra.